UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

WALTER CASTRO                                           CIVIL ACTION

VERSUS                                                  NO: 09-6806-AJM-SS

MICHAEL J. ASTRUE, COMMISSIONER OF
SOCIAL SECURITY

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that the cross-motion of Michael J. Astrue, Commissioner of Social Security Administration, for summary judgment (Rec. doc. 17) is granted and the motion of the plaintiff, Walter Castro, for summary judgment (Rec. doc. 14) is denied.

New Orleans, Louisiana, this 12 day of Jan, 2011.

R. J. McNamara
UNITED STATES DISTRICT JUDGE